BOWERS ET AL., APPELLANTS, *v.* GRANGE INSURANCE COMPANY, A.K.A. GRANGE MUTUAL CASUALTY COMPANY, A.K.A. GRANGE MUTUAL INSURANCE COMPANY, APPELLEE.

[Cite as *Bowers v. Grange Ins. Co.* (1996), 76 Ohio St.3d 563.]

(No. 96–462—Submitted September 6, 1996—Decided September 25, 1996.)

*Isaac, Brant, Ledman & Teetor* and *Marc J. Kessler,* for appellants.

*Bale, Begin & Associates, Ltd., Andrew J. Kielkopf* and *David G. Bale,* for appellee.

The judgment of the court of appeals is reversed on the authority of *Schaefer v. Allstate Ins. Co.* (1996), 76 Ohio St.3d 553, 668 N.E.2d 913.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK, J., dissents.

STRATTON, J., not participating.